IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | 4:08CR3107 |
| v. | ) | |
| RODNEY BREDEMEIER JR., | ) | ORDER ON MOTION TO SEAL |
| Defendant. | ) | |

IT IS ORDERED the Motion to Seal, ECF No. 41, is granted.

Dated June 4, 2012.

BY THE COURT

*Warren K. Urbom* (signature)

Warren K. Urbom
United States Senior District Judge